## Case No. 4,433.

### EMANUEL v. BALL.

[2 Cranch, C. C. 101.][1]

Circuit Court, District of Columbia. June Term, 1814.

THE COURT refused, and instructed the jury that he was not entitled to his freedom under the Maryland law of 1796, c. 67.